

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00144-CV

RONALD STARKEY, Appellant

V.

GREG LOWERY, DISTRICT ATTORNEY
OF WISE COUNTY, TEXAS, Appellee

§ On Appeal from the 271st District
Court

§ of Wise County (CV20-10-827)

§ March 24, 2022

§ Memorandum Opinion by Chief
Justice Sudderth

## JUDGMENT

This court has considered the record on appeal in this case and holds that there

was no error in the trial court's judgment. It is ordered that the judgment of the trial

court is affirmed.

It is further ordered that Ronald Starkey shall pay all costs of this appeal, for

which let execution issue.

SECOND DISTRICT COURT OF APPEALS
By /s/ Bonnie Sudderth
Chief Justice Bonnie Sudderth